[No. 5309.]
[No. 2947 C. A.]

## THE DENVER CONSOLIDATED ELECTRIC COMPANY v. WALTERS.

**Former Opinion Followed.**

The judgment in this case is reversed in accordance with Denver Cons. Elec. Co. v. Walters, No. 4713, ante, p. 301.

*Appeal from the District Court of the City and County of Denver.*

*Hon. P. L. Palmer, Judge.*

Action by Lavina E. Walters against The Denver Consolidated Electric Company. From a judgment for plaintiff, defendant appeals. *Reversed.*

Messrs. WOLCOTT, VAILE & WATERMAN (Mr. WM. W. FIELD, of counsel), for appellant.

Mr. E. T. WELLS, Mr. J. H. CHILES, and Mr. R. T. McNEAL, for appellee.

Mr. JUSTICE CAMPBELL delivered the opinion of the court:

This action was consolidated for trial with No. 4713, *Denver Consolidated Elec. Co. v. Clifton Wood Walters, ante,* p. 301, and the two were tried as one action, though separate verdicts were returned in each case for the respective plaintiffs. from which the defendant appealed.

The two causes were tried upon the same evidence at the same time, and submitted to the jury under the same instructions. Precisely the same questions of fact and law are involved in both. The decision there controls here, and the judgment accordingly is reversed and the cause remanded.

*Reversed.*

CHIEF JUSTICE STEELE and Mr. JUSTICE GABBERT concur.